**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CHAUNCY, | ) NO. CV 09-07296-DDP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES WALKER (WARDEN), | ) |
| Respondent. | ) |

   Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 17, 2010   .

                                     _____
                                           DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE